JAMES F. DeMARTINI (SBN 76220)
Attorney at Law
115 West First Street
Cloverdale, California  95425
(707) 894-5000
(707) 894-3127-*Fax*
jim@cloverdalelaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
NORTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SIMON, <br><br> Plaintiff, <br><br> vs. <br><br> SHERIFF THOMAS D. ALLMAN, COUNTY OF MENDOCINO and DOES 1-20, inclusive, <br><br> Defendants. | Case No.: C-08-03380-EDL <br><br> **STIPULATION AND ORDER RE DEFENDANTS' MOTION TO DISMISS PURSUANT TO F.R.C.P. RULE 12(b)(6)** AS MODIFIED <br><br> Magistrate Judge Elizabeth D. Laporte |

**STIPULATION**

The parties hereto, hereby stipulate that the court may enter its order dismissing Count III of plaintiff's complaint.

The parties further stipulate that the court may continue its Case M~~anagement~~ Conference, currently set for October 31, 2008, to November 18, 2008 at ~~9:00~~ a.m.

Dated: October 6, 2008      By:       /S/
                                            JAMES F. DeMARTINI
                                            Attorney for Plaintiff

Dated: October 6, 2008      By:       /S/
                                            DOUGLAS L. LOSAK
                                            Attorney for Defendants
                                            County of Mendocino and
                                            Sheriff Thomas D. Allman

1

**Stipulation and Order Re Defendants' Motion to Dismiss**

**ORDER**

The parties having stipulated thereto, IT IS ORDERED, that Count III of plaintiff's Complaint is hereby stricken in its entirety and the Case Management Conference currently set for October 31, 2008 is continued until November 18, 2008 at ~~9:00 a.m.~~ 10:00 AM.   Joint case management statement shall be filed November 12, 2008.

Dated: __October 6, 2008__



2

**Stipulation and Order Re Defendants' Motion to Dismiss**