1  JAMES F. DeMARTINI (SBN 76220)
   Attorney at Law
2  115 West First Street
   Cloverdale, California 95425
3  (707) 894-5000
   (707) 894-3127-*Fax*
4  jim@cloverdalelaw.com

5  Attorney for Plaintiff

8           UNITED STATES DISTRICT COURT

9           NORTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SIMON, | Case No.: C-08-03380-EDL |
| Plaintiff, | **REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE AND ORDER THERETO** |
| vs. | |
| SHERIFF THOMAS D. ALLMAN, COUNTY OF MENDOCINO and DOES 1-20, inclusive, | Date: November 18, 2008<br>Time: 10:00 a.m.<br>Case Management Conference |
| Defendants. | Magistrate Judge Elizabeth D. Laporte |

I, JAMES F. DeMARTINI, attorney of record for plaintiff, ROBERT SIMON, hereby move the Court for an order permitting me to appear at the Case Management Conference on Tuesday, November 18, 2008 at 10:00 a.m. by telephone.

Mr. DeMartini can be reached at 707-894-5000.

Dated: November 12, 2008            By:      /S/
                                    JAMES F. DeMARTINI
                                    Attorney for Plaintiff

///

1

# ORDER

IT IS HEREBY ORDERED THAT, JAMES F. DeMARTINI, attorney of record for plaintiff, ROBERT SIMON, shall be permitted to appear at the Case Management Conference on Tuesday, November 18, 2008 at 10:00 a.m. by telephone (707-894-5000).

Dated: Nov. 17, 2008

IT IS SO ORDERED

Judge Elizabeth D. Laporte

Hon.
Magistrate Judge

2

**REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE AND ORDER THERETO**